# IN THE SUPREME COURT OF ALABAMA



December 13, 2024

**SC-2024-0183**

Michael Moore v. Alabama Power Company (Appeal from Montgomery Circuit Court: CV-23-901323).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on December 13, 2024:

**APPLICATION OVERRULED. NO OPINION.** Stewart, J. -- Parker, C.J., and Wise, Sellers, and Mendheim, JJ., concur. Cook, J., recuses himself.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on November 8, 2024:

**AFFIRMED.  NO OPINION.** Stewart, J. -- Parker, C.J., and Wise, Sellers, and Mendheim, JJ., concur. Cook, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**